Andre GAY, Petitioner

v.

SECRETARY'S OFFICE OF INMATE APPEALS AND GRIEVANCES, Respondent.

Supreme Court of Pennsylvania.

May 20, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of May, 2008, the Application for Permission to Petition for Review *Nunc Pro Tunc* is hereby **DENIED.**